

## MOTION DOCKET

**96–1421. State ex rel. Ooten v. Siegel Interior Specialist Co.**
Franklin App. No. 95APD05–607. On request for oral argument. Request denied.

**96–1715. State ex rel. Thompson v. Ohio Edison Co.**
Franklin App. No. 95APD10–1360. On request for oral argument. Request denied.
Соок, J., not participating.

**96–1991. State ex rel. World Stamping & Mfg. Co. v. Indus. Comm.**
In Mandamus. On request for oral argument. Request denied.

**97–740. Tongren v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–991–GA–UNC. On motion for leave to intervene of East Ohio Gas Company, motion to consolidate for oral argument with 97–1294, *infra*, and motion to extend time for oral argument. Motions granted and each side shall have twenty minutes.

DOUGLAS, J., would grant the motion for leave to intervene but deny the motions to consolidate and to extend time.

Соок, J., not participating.

**97–1294. Tongren v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–219–GA–GCR. On motion for leave to intervene of East Ohio Gas Company, motion to consolidate for oral argument with 97–740, *supra*, and motion to extend time for oral argument. Motions granted and each side shall have twenty minutes.

DOUGLAS, J., would grant the motion for leave to intervene but deny the motions to consolidate and to extend time.

Соок, J., not participating.

**97–1831. Leber v. Buckeye Union Ins. Co.**
Erie App. No. E–96–014. This cause is pending before the court as an appeal from the Court of Appeals for Erie County. Upon consideration of appellant's motion to withdraw prior motion for full court to select an acting justice in the event of a recusal.

IT IS ORDERED by the court that the motion to withdraw be, and hereby is, granted.

RESNICK, J., not participating.

**98–651. State v. Bellman.**
Hamilton App. No. C–970169. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

IT IS ORDERED by the court, *sua sponte*, that the parties are to brief the issues raised in Propositions of Law Nos. I and II.

IT IS FURTHER ORDERED by the court, *sua sponte*, that appellant's brief shall be due forty days from the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**98–913. State v. Green.**
Lucas C.P. No. 971450. This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellant's motion to appoint Ohio Public Defender as co-counsel,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and the Ohio Public Defender is appointed as co-counsel.

IT IS FURTHER ORDERED by the court that appellant's brief shall be due ninety days from the date of this order and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. XIX.